IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. FOSS, | CASE NO. CV-F-06-0319 AWI LJO |
| Plaintiff, | **ORDER FOR SERVICE OF COMPLAINT** |
| vs. | |
| JO ANNE B. BARNHART, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Mary A. Foss ("plaintiff") proceeds pro se and in forma pauperis in this action seeking this Court's review of an administrative law judge's decision denying plaintiff's claim for Social Security benefits. Plaintiff's complaint, filed on March 31, 2006, is pending before this Court and has not been served on defendant. This Court has granted plaintiff's request to proceed in forma pauperis. Accordingly, this Court:

1. ORDERS that service of process, in compliance with F.R.Civ.P. 4(i), is appropriate for:

   Social Security Administration
   6401 Security Blvd., Room 611
   Baltimore, MD 21235

   U.S. Attorney General
   U.S. Department of Justice
   Washington, D.C. 20530

/ / /

/ / /

1

United States Attorney of the Eastern District of California
U.S. Attorney's Office, Civil Process Clerk
2500 Tulare Street, Suite 4401
Fresno, CA 93721.

2. DIRECTS this Court's clerk to send plaintiff three USM-285 forms, three summons, an instruction sheet and a copy of plaintiff's complaint, filed on March 21, 2006.

3. ORDERS plaintiff, within 30 days from the date of this order, to complete the attached Notice of Submission of Documents and submit the completed Notice to this Court with the following documents:

   a. Completed summonses;
   b. One completed USM-285 form for each above-noted party; and
   c. Three copies of the endorsed complaint, filed on March 21, 2006.

Plaintiff need not attempt service on the above-noted parties and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-noted parties pursuant to F.R.Civ.P. 4 without payment of costs.

**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:    August 30, 2006**              /s/ Lawrence J. O'Neill
b9ed48                                     UNITED STATES MAGISTRATE JUDGE