IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. FOSS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JO ANNE B. BARNHART, Commissioner of Social Security,<br><br>　　　　　　Defendant.<br>_____/ | CASE NO. CV-F-06-0319 AWI LJO<br><br>**ORDER DIRECTING CLERK TO RE-ISSUE SUMMONS** |

　　　　Plaintiff Mary A. Foss ("plaintiff") proceeds pro se and in forma pauperis in this action seeking this Court's review of an administrative law judge's decision denying plaintiff's claim for Social Security benefits. Plaintiff's complaint, filed on March 31, 2006, is pending before this Court and has not been served on defendant. The Court ordered the Clerk to issue the Summons and directed plaintiff to complete and return the Summons for service.

　　　　On October 3, 2006, plaintiff returned the purported completed Summons for service. The Summons incorrectly identified the parties to be served. Accordingly, the Clerk of the Court is DIRECTED to re-issue three Summons.

　　　　Plaintiff is DIRECTED to complete the Summons for service on the defendant's locations identified in this Court's August 30, 2006 Order For Service of Complaint. **Plaintiff's failure to comply with this order will result in a recommendation to dismiss this action for failure to obey this Court's order. Local Rule 11-110.**

IT IS SO ORDERED.

**Dated:　　October 19, 2006　　　　　　　　　　　/s/ Lawrence J. O'Neill**

1

1  66h44d                              UNITED STATES MAGISTRATE JUDGE