IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. FOSS,<br><br>         Plaintiff,<br><br>    vs.<br><br>JO ANNE B. BARNHART, Commissioner<br>of Social Security,<br><br>         Defendant.<br>_____/ | CASE NO. CV-F-06-0319 AWI LJO<br><br>**ORDER DIRECTING PLAINTIFF TO RETURN COMPLETED SUMMONS** |

Plaintiff Mary A. Foss ("plaintiff") proceeds pro se and in forma pauperis in this action seeking this Court's review of an administrative law judge's decision denying plaintiff's claim for Social Security benefits. Plaintiff's complaint, filed on March 31, 2006, is pending before this Court and has not been served on defendant.

On October 23, 2006, the Clerk of the Court was directed to re-issue three Summons to plaintiff because plaintiff incorrectly identified, in the summons, the parties to be served. The three Summons have been reissued to plaintiff, but she has failed to return the summons to the Court for processing and service.

/////

/////

/////

/////

1

1	Accordingly, plaintiff is DIRECTED to return the three Summons to the Court, correctly
2	completed with the persons (defendant's locations) to be served. Plaintiff is DIRECTED to return the
3	Summons within 10 days from the date of service of this order.
4	**The Court will take no action on your complaint until defendant is properly served.**
5	**Plaintiff's failure to comply with this order will result in a recommendation to dismiss this**
6	**action for failure to obey this Court's order. Local Rule 11-110.**
7	IT IS SO ORDERED.
8	**Dated:**	**November 15, 2006**	        /s/ Lawrence J. O'Neill
	b9ed48	              UNITED STATES MAGISTRATE JUDGE