1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY A FOSS, | ) | 1:06cv0319 AWI NEW (DLB) |
| | ) | |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR |
| | ) | EXTENSION OF TIME |
| v. | ) | |
| | ) | (Document 20) |
| MICHAEL J. ASTRUE, Commissioner | ) | |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On August 15, 2007, Plaintiff filed a request for an extension of time to August 25, 2007, to serve her confidential letter brief.  Plaintiff explains that she is in the process of retaining counsel and needs the additional time to prepare documentation and pleadings.

Accordingly, Plaintiff's request is GRANTED.  She shall serve her confidential letter brief on Defendant no later than August 25, 2007.


IT IS SO ORDERED.

**Dated:   August 20, 2007**          _____ **/s/ Dennis L. Beck** _____
                                       UNITED STATES MAGISTRATE JUDGE

1