1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                    EASTERN DISTRICT OF CALIFORNIA

9
   MARY A. FOSS,                              )        1:06cv00319 GSA
10                                            )
                                              )        ORDER TO SHOW CAUSE
11                                            )
                                              )
12            Plaintiff,                      )
                                              )
13        vs.                                 )
                                              )
14   MICHAEL J. ASTRUE, Commissioner,         )
                                              )
15                                            )
              Defendant.                      )
16   _____)

17          On March 21, 2006, Plaintiff filed the present action in this Court.  Plaintiff seeks review of

18   the Commissioner's denial of her application for benefits.  On March 31, 2006, the Court issued a

19   Scheduling Order.  The Scheduling Order states that within 120 days after service, Defendant shall

20   file and serve a copy of the administrative record which shall be deemed an answer to the complaint.

21   The Order also provides that within 30 days after service of the administrative record, Plaintiff shall

22   serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond

23   to within 35 days.  Thereafter, if Defendant does not stipulate to remand, within 30 days of

24   Defendant's response, Plaintiff must file and serve an opening brief.

25          On June 25, 2007, Defendant lodged the administrative record.  Thereafter, on August 20,

26   2007, this Court granted Plaintiff's motion for an extension of time to file her letter brief until

27   August 25, 2007.  Based on the extension and pursuant to the Scheduling Order, Plaintiff was

28                                               1

1   required to file her opening brief in this Court on or before October 30, 2007.  Plaintiff has failed to

2   file her opening brief.

3          Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be

4   dismissed for failure to comply with the March 31, 2006, Scheduling Order.  Plaintiff is ORDERED

5   to file a written response to this Order to Show Cause WITHIN twenty (20) days of the date of this

6   Order.   If Plaintiff desires more time to file her brief, she should so state in her response.

7          Failure to respond to this Order to Show Cause within the time specified will result in

8   dismissal of this action.

9

10

11

12      IT IS SO ORDERED.

13      **Dated:**   **November 13, 2007**                        **/s/ Gary S. Austin**
                                                           UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                          2