IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY A. FOSS, | ) | 1:06cv00319 GSA |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| Plaintiff, | ) | (Document 24) |
| | ) | |
| | ) | ORDER GRANTING |
| | ) | EXTENSION OF TIME |
| vs. | ) | |
| | ) | |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

On March 21, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. On November 13, 2007, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file an opening brief.

On December 6, 2007, Plaintiff responded to the order to show cause and explained that the opening brief was not filed because of financial issues and difficulties obtaining legal counsel. Plaintiff also requested additional time to file her opening brief and a copy of the Court's scheduling order in this matter.

Accordingly, the order to show cause is DISCHARGED. Plaintiff is GRANTED an additional thirty (30) days from the date of service of this order within which to file her opening brief. In addition, the Clerk of the Court will send Plaintiff a copy of this Court's March 31, 2006

1

1 | Scheduling Order.
2 |     IT IS SO ORDERED.
3 |     Dated:   December 13, 2007          /s/ Gary S. Austin
                                                                        UNITED STATES MAGISTRATE JUDGE