IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY A. FOSS, ) | 1:06cv00319 GSA |
| ) | |
| ) | ORDER TO SHOW CAUSE |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner, ) | |
| ) | |
| Defendant. ) | |

On March 21, 2006, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of her application for benefits. On March 31, 2006, the Court issued a Scheduling Order. The Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

On June 25, 2007, Defendant lodged the administrative record. Thereafter, on August 20, 2007, this Court granted Plaintiff's motion for an extension of time to file her letter brief until August 25, 2007. Based on the extension and pursuant to the Scheduling Order, Plaintiff was

1

1  required to file her opening brief in this Court on or before October 30, 2007.  Plaintiff failed to file
2  her opening brief and the Court issued an Order to Show Cause on November 13, 2007.  On
3  December 6, 2007, Plaintiff responded to the Order to Show Cause and explained that her opening
4  brief was not filed because of financial issues and difficulties obtaining legal counsel.  The Court
5  discharged the Order to Show Cause and granted Plaintiff an additional thirty (30) days from the date
6  of service of the order.  The order was served by mail on January 7, 2008.  Based on the extension,
7  Plaintiff was required to file her opening brief in this Court on or before February 11, 2008.  Plaintiff
8  has failed to file her opening brief.
9       Therefore, Plaintiff is ordered to show cause, if any she has, why the action should not be
10 dismissed for failure to comply with the March 31, 2006, Scheduling Order.  Plaintiff is ORDERED
11 to file a written response to this Order to Show Cause by filing her opening brief WITHIN twenty
12 (20) days of the date of this Order.  Further extensions will not be granted.
13      Failure to respond to this Order to Show Cause within the time specified will result in
14 dismissal of this action.

18    IT IS SO ORDERED.
19     Dated:   **February 20, 2008**              **/s/ Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE